## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY REID, RICARDO NATIVIDAD, MARK NEWTON SPOTZ, RONALD GIBSON, and JERMONT COX, on their own behalf and on behalf of a class of similarly situated persons,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHN E. WETZEL, Secretary of Corrections of the Commonwealth of Pennsylvania, ROBERT D. GILMORE, Superintendent of State Correctional Institution Greene, and TAMMY FERGUSON, Superintendent of State Correctional Institution Phoenix,<br><br>*Defendants.* | CIVIL ACTION NO.<br>18-CV-00176-JEJ<br><br>(Judge John E. Jones III)<br><br>CLASS ACTION |

## <u>JOINT MOTION TO MODIFY SCHEDULING ORDER</u>

Plaintiffs Anthony Reid, Ricardo Natividad, Mark Newton Spotz, Ronald Gibson, and Jermont Cox, on their own behalf and on behalf of a class of similarly situated persons, and Defendants John E. Wetzel, Robert D. Gilmore, and Tammy Ferguson, by and through their undersigned counsel, respectfully move this Court to enter an Order extending the discovery deadline. In support of their joint motion, the Parties state as follows:

1.      The Complaint in the above-captioned matter was filed on January 25, 2018. ECF No. 1.

2.     On March 29, 2018, the Court entered an Order setting certain deadlines in this case.  *See* ECF No. 25.  The original date set forth in that Order for the completion of all discovery was September 28, 2018.

3.     In August 2018, counsel for both parties began settlement talks and requested that this court extend the discovery deadline to January 31, 2019, without changing the trial date.  *See* ECF No. 31.  The Court granted this request.  *See* ECF No. 32.

4.     In December 2018, the parties sought a further extension in order to enable them to continue their fact and expert discovery while also pursuing substantive settlement discussions.  After conducting a status conference with the parties on December 14, 2018, the Court reset the discovery deadline to May 31, 2019 and set the matter for trial on November 4, 2019.

5.     Since December 2018, the parties have continued to pursue both discovery and a negotiated resolution of this case.

6.     The parties' settlement negotiations have been productive and in the last two weeks have resulted in agreement in principle on many pivotal issues required to resolve this case through settlement.

7.     Given their progress to date, the parties wish to defer for 45 days their remaining discovery obligations and related pretrial deadlines so that they devote themselves fully to their efforts to settle their dispute.

8.     The parties believe and expect that this deferral will afford them sufficient time to resolve their remaining substantive differences and prepare a settlement agreement that they can present to the Court for preliminary approval.

9.     "Generally, Rule 16 provides 'district courts with wide latitude to manage discovery and other pretrial matters and to set deadlines for amending pleadings, for filing motions, and completing discovery.'" *Williams v. City of York*, Pa., No. 15-cv-0493, 2016 WL 2610007, at \*2 (M.D. Pa. May 6, 2016) (quoting *Eichorn v. AT&T Corp.*, 484 F.3d 644, 650 (3d Cir. 2007)).   A scheduling order issued pursuant to Rule 16 may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  "What constitutes good cause sufficient to justify the modification of a scheduling order necessarily varies with the circumstances of each case."   6A Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1522.2 (3d ed. 2016).

10.     Accordingly, for good cause, the Parties propose that the Court's December 14, 2018 Order be modified as follows:

      a.     The discovery deadline, currently set for May 31, 2019, be extended to July 15, 2019;

      b.     The dispositive motions deadline, currently set for July 1, 2019, be extended to August 15, 2019; and

      c.      The trial date, currently set for November 4, 2019, be reset to the first date available on the Court's calendar after January 1, 2020.

11.    The Parties agree to and jointly submit this request to extend the discovery deadline.

WHEREFORE, with good cause shown, the Parties respectfully request that this Court modify its December 14, 2018 Order as the parties have jointly proposed.

Dated:  April 24, 2019

Barry Gross, PA 21563
Wilson M. Brown, III, PA 25846
Mark D. Taticchi, PA 323436
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103
Phone: (215) 988-2700
Fax: (215) 988-2757
Wilson.Brown@dbr.com
Barry.Gross@dbr.com
Mark.Taticchi@dbr.com


David Fathi, WA 24893*
Amy Fettig, DC 484883 ACLU
NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington, DC    20005
Phone: (202) 393-4930
Fax: (202) 393-4931
dfathi@aclu.org
afettig@aclu.org

*Not admitted in PA;
practice limited to federal courts

Respectfully submitted on behalf of
all counsel,

/s/ Wilson M. Brown
Witold J. Walczak, PA 62976
ACLU OF PENNSYLVANIA
247 Fort Pitt Blvd.
Pittsburgh, PA    15222
Phone: (412) 681-7864
Fax: (412) 681-8707
vwalczak@aclupa.org


Bret Grote, PA 317273
Jamelia N. Morgan, NY 5351176
ABOLITIONIST LAW CENTER
P.O. Box 8654 Pittsburgh, PA  15221
Phone: (412) 654-9070
bretgrote@abolitionistlawcenter.org
jamelia@alcenter.org


Jonathan H. Feinberg, PA 88227
Susan M. Lin, PA 94184
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA  19106
Phone: (215) 925-4400
Fax: (215) 925-5365
jfeinberg@krlawphila.com
slin@krlawphila.com


*Attorneys for Plaintiffs*

Theron R. Perez, PA 200935
Timothy Holmes, PA 87758
Joseph Fulginiti, PA 208039
Maria Macus, PA 90947
Chase Defelice, PA 209135
PENNSYLVANIA DEPARTMENT
OF CORRECTIONS
1920 Technology Parkway
Mechanicsburg, PA 17050
Phone No.: (717) 728-7763
Fax No.: (717) 728-0307
tperez@pa.gov
tholmes@pa.gov
josfulgini@pa.gov
mmacus@pa.gov
chdefelice@pa.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Wilson M. Brown, hereby certify that on April 24, 2019, I filed the foregoing Joint Motion to Modify Scheduling Order and caused a true and correct copy of the same to be served on all counsel of record via the Court's Electronic Filing System.

/s/ Wilson M. Brown

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY REID, RICARDO NATIVIDAD, MARK NEWTON SPOTZ, RONALD GIBSON, and JERMONT COX, on their own behalf and on behalf of a class of similarly situated persons, | CIVIL ACTION NO. 18-CV-00176-JEJ |
| *Plaintiffs*, | (Judge John E. Jones III) |
| v. | |
| JOHN E. WETZEL, Secretary of Corrections of the Commonwealth of Pennsylvania, ROBERT D. GILMORE, Superintendent of State Correctional Institution Greene, and TAMMY FERGUSON, Superintendent of State Correctional Institution Phoenix, | CLASS ACTION |
| *Defendants*. | |

## CERTIFICATE OF CONCURRENCE

I, Wilson M. Brown, hereby certify that counsel for Defendants concur in the relief requested herein.

April 24, 2019                    /s/ Wilson M. Brown

*Attorney for Plaintiffs*