

COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE OF GENERAL COUNSEL

July 15, 2019

The Honorable John E. Jones, III
United States District Court
Middle District of Pennsylvania
Ronald Reagan Federal Building & Courthouse
228 Walnut Street
Harrisburg, PA 17101

Filed via ECF

    Re: Reid, et al., v. Wetzel, et al., 18-176 (MDPA)

Dear Judge Jones:

    Because some time has passed since our last conference and the extended discovery deadline is approaching, the parties wanted to update the Court on the current status of this litigation. For the last several months the parties have been diligently negotiating a resolution of this matter. The framework and language of an agreement is in place, with nearly all details resolved. The parties have begun discussions regarding identifying a joint monitor.

    It is hoped that the parties will be able to present a finalized agreement to the Court for approval shortly. If the Court were to have any questions or concerns regarding this process, or would simply like a more thorough update, the parties would be happy to address them in a status conference.

    Respectfully,

Joseph Fulginiti  
Counsel for Defendants

Mark Taticchi  
Counsel for Plaintiffs

Department of Corrections | Office of Chief Counsel
1920 Technology Parkway | Harrisburg, Pennsylvania 17112
717.728.7763 | www.cor.pa.gov