IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY REID, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | No. 18-CV-00176 |
| : | Honorable John E. Jones, III |
| JOHN WETZEL, et al., : | |
| : | |
| Defendants. : | |

**JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Anthony Reid, Ricardo Natividad, Mark Newton Spotz, Ronald Gibson, and Jermont Cox, on behalf of themselves and all current and future death-sentenced prisoners in the Commonwealth of Pennsylvania, and Defendants John Wetzel, Robert Gilmore, and Tammy Ferguson (collectively, the "Parties"), respectfully move the Court preliminarily to approve the settlement of this class action pursuant to Federal Rule of Civil Procedure 23(e).  The Parties' proposed Settlement Agreement is attached as Exhibit 1.  The Parties' proposed Notice to the class is attached as Exhibit 2.

In support of this motion, the Parties rely upon and incorporate the accompanying Memorandum of Law.

1

| | |
|---|---|
| Dated: November 18, 2019 | Respectfully submitted, |
| /s/ Wilson M. Brown, III | /s/ Timothy A. Holmes |
| Wilson M. Brown, III<br>Barry Gross<br>Mark D. Taticchi<br>**DRINKER BIDDLE &**<br>**REATH LLP**<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>(215) 988-2700<br>(215) 988-2757<br>Wilson.Brown@dbr.com<br>Barry.Gross@dbr.com<br>Mark.Taticchi@dbr.com | Timothy A. Holmes<br>Joseph G. Fulginiti<br>Chase M. DeFelice<br>Maria G. Macus<br>**OFFICE OF CHIEF COUNSEL,**<br>**PENNSYLVANIA DEPARTMENT**<br>**OF CORRECTIONS**<br>1920 Technology Parkway<br>Mechanicsburg, PA 17050<br>Phone: (717) 728-7763<br>Fax: (717) 728-0312<br>tholmes@pa.gov<br>josfulgini@pa.gov<br>chdefelice@pa.gov<br>mmacus@pa.gov |
| Witold J. Walczak, PA 62876<br>**ACLU OF PENNSYLVANIA**<br>247 Fort Pitt Blvd.<br>Pittsburgh, PA 15222<br>Phone: (412) 681-7864<br>Fax: (412) 681-8707<br>vwalczak@aclupa.org | *Counsel for Defendants John Wetzel,*<br>*Robert D. Gilmore, and Tammy*<br>*Ferguson* |
| Bret Grote, PA 317273<br>Jamelia N. Morgan, NY 5351176<br>**ABOLITIONIST LAW CENTER**<br>P.O. Box 8654<br>Pittsburgh, PA 15221<br>Phone: (412) 654-9070<br>bretgrote@abolitionistlawcenter.org<br>jamelia@alcenter.org | |

David Fathi, WA 24893*
Amy Fettig, DC 484883
**ACLU NATIONAL PRISON PROJECT**
915 15th Street NW, 7th Floor
Washington, DC  20005
**Phone:  (202) 393-4930**
**Fax:  (202) 393-4931**
dfathi@aclu.org
afettig@aclu.org

*\*Not admitted in DC; practice limited to federal courts*


Jonathan H. Feinberg, PA 88227
Susan M. Lin, PA 94184
**KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP**
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA  19106
Phone:  (215) 925-4400
Fax:  (215) 925-5365
jfeinberg@krlawphila.com
slin@krlawphila.com

*Counsel for Plaintiffs Anthony Reid, Ricardo Natividad, Mark Newton Spotz, Ronald Gibson, and Jermont Cox*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record registered to receive such notification.

/s/ Wilson M. Brown
Wilson M. Brown, III

*Attorney for Plaintiffs*