IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY REID, *et al.*, | : | 1:18-cv-176 |
| | : | |
| Plaintiffs, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**November 20, 2019**

Upon the Court's consideration of the Joint Motion for Preliminary Approval of Class Action Settlement (Doc. 46) and supporting Memorandum of Law, it is hereby **ORDERED** as follows:

1. The Motion for Preliminary Approval of Class Settlement (Doc. 46) is **GRANTED** and the Settlement Agreement jointly submitted by the parties is preliminarily **APPROVED**.

2. On or before December 4, 2019, the "Notice to the Class" shall be distributed to each class member and posted in the Capital Case Units at SCI-Greene and SCI-Phoenix. The Notice shall remain posted until at least January 13, 2020. Defendants shall ensure that complete copies of the Settlement Agreement are available for review in the dayroom/library of each Capital Case Unit.

3. Written objections to or comments on the Settlement Agreement will be considered by the Court at the Fairness Hearing. All objections or comments must be marked "Class Settlement in Reid v. Wetzel, No. 18-cv-176" and sent to the Court at the address below:

   Clerk of Court, United States District Court
   Ronald Reagan Federal Building & U.S. Courthouse
   228 Walnut Street
   Harrisburg, Pennsylvania 17101

4. All objections must be postmarked by January 6, 2020. Once received, comments and objections will be posted to the docket.

5. On or before January 21, 2020, briefs relating to the settlement approval shall be filed.

6. A fairness Hearing to address any objections or comments to the proposed Settlement Agreement shall be held on February 12, 2020 at 9:30 a.m. in Courtroom #2, Harrisburg Federal Courthouse, 228 Walnut Street, Harrisburg Pennsylvania.

s/ John E. Jones III
John E. Jones III
United States District Judge