IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

United States District Judge

Honorable John E. Jones,III
Clerk of Court, United States District Court
Ronald Reagan Federal Bldg.& U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

RE: Class Settlement in Reid v.Wetzel
No.1:18-cv-00176-JEU

**Objections**

Your Honor Jones,III

   May it please this Court, My name is Arthur Bomar, I have been on Pennsylvania **Death-Row**, since October 1998. My purpose in sending this letter to you is to object to the proposed settlement in the above captioned matter.

   1). I have **not** had the opportunity to review the new Capital Case policies and practices that was authority by the Secretary of Corrections John E.Wetzel first.
   2). The Superintendent Robert D.Gilmore of SCI-Greene, and the Secretary of Corrections John E.Wetzel has **not** pass the new Capital Case policies, and practices out yet as of the below date of this letter.
   3). In perspective, at this late hour, to avoid any impropriety as it may pertain to the Settlement on this class action case, base on that I am requesting that this Honorable Court issue an **Order** directing the Superintendent Robert D.Gilmore of SCI-Greene, and Secretary of Correction to issue out the new Capital Case policies and policies and practices to each Capital Case **Inmates**, so we can review policies, and practices to see if we wish to comment on or object to the proposed Settlement.

Respectfully submitted,

_____
Arthur Bomar
D.O.C. ID#DK-1677
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370

December 10, 2019
Date

See Exhibit-B
attach hereto this letter

# EXHIBIT B

Plaintiffs' attorneys and their experts for time spent in the monitoring phase of the litigation, and to pay Plaintiffs reasonable attorneys' fees and costs, including expert costs, if Plaintiffs are the prevailing party in any proceedings to enforce the terms of the Agreement. The parties have represented that their agreement concerning the payment of costs and attorneys' fees had no impact on the substantive relief to the class reflected in the Agreement.

**Fairness Hearing; Objections to the Proposed Settlement**

The Court will hold a hearing in this case at the address below on _____February 12_____, 2020 at __9:30 am__ to decide whether to approve the settlement. If you do not like the settlement or any part of it, you may object to it. If you wish to comment on or object to the proposed settlement, you may do so by appearing, via counsel, at the fairness hearing or by sending a letter, marked "Class Settlement in Reid v. Wetzel, No. 18-CV-0176" and postmarked by _____January 6, 2020_____, to the address below:

> Clerk of Court, United States District Court
> Ronald Reagan Federal Bldg. & U.S. Courthouse
> 228 Walnut Street
> Harrisburg, PA 17101

Any objections or comments so received will be posted to the public docket in this case.

Clerk of Court  
United States District Court  
Ronald Reagan Federal Building  
& U.S. Courthouse  
228 Walnut Street  
Harrisburg, PA 17101

Mr.Arthur Bomar  
D.O.C. ID#DK-1677  
SCI-Greene  
175 Progress Drive  
Waynesburg, PA 15370

FILED  
HARRISBURG, PA  
DEC 12 2019  
PER _____  
DEPUTY CLERK

December 10, 2019

          RE: Class Settlement in Reid v. Wetzel  
              No.1:18-cv-00176-JEJ

Dear Clerk of Court:

   Enclosed for filing please find a original Letter to the Honorable Judge John E. Jones,III, for the Class Settlement of my Objections with an Exhibit-B. Would your office please forward me a stamp-received copy back for my records, at your earliest convenience.

                 Thank you for your assistance.

*Arthur Bomar* (signature)  
Arthur Bomar

CC:file

MR. ARTHUR Bomar #DK-1677

175 Progress Drive
Waynesburg, PA 15370

PA DEPT OF
CORRECTIONS
INMATE MAIL

RECEIVED
HARRISBURG, PA
DEC 12 2019
Per _____
Deputy Clerk

Clerk of Court, United States District Court
Ronald Reagan Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

LEGAL-MAIL    LEGAL-MAIL    LEGAL-MAIL