IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY REID, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 18-CV-00176 |
| | : | Honorable John E. Jones, III |
| JOHN WETZEL, et al., | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs filed this lawsuit, on behalf of themselves and a class of all current and future death-sentenced prisoners in the Commonwealth of Pennsylvania, alleging that the policies and practices of the Commonwealth violated the Eighth and Fourteenth Amendments to the United States Constitution. Defendants have denied the allegations throughout litigation.

In August 2018, following the Court's certification of the class pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure and extensive fact discovery, counsel for the parties began settlement discussions. These discussions continued for a number of months, culminating in the Settlement Agreement dated November 12, 2019. The parties believe the terms of the agreement are fair, reasonable, and adequate within the meaning of Rule 23 and, therefore, warrant Court approval.

The Court granted preliminary approval of the class action settlement on November 20, 2019, and ordered notice to be sent to the class according to the terms of the proposed Settlement Agreement. Class members have had the opportunity to submit objections. The parties have reviewed and considered these objections and respectfully submit that the objections do not present any issues that should prevent the Court from granting final approval of the class action settlement, as explained further in the accompanying memoranda of law, because the agreement is fair, reasonable, and adequate.

The parties respectfully request that the Court grant final approval to the proposed Settlement Agreement.

Date: January 21, 2020

Respectfully submitted,

s/ Wilson M. Brown, III
Wilson M. Brown, III
Barry Gross
Mark D. Taticchi
**DRINKER BIDDLE & REATH LLP**
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
(215) 988-2757
Wilson.Brown@dbr.com
Barry.Gross@dbr.com
Mark.Taticchi@dbr.com

s/ Timothy A. Holmes
Timothy A. Holmes
Joseph G. Fulginiti
Chase M. DeFelice
Maria G. Macus
**OFFICE OF CHIEF COUNSEL, PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
1920 Technology Parkway
Mechanicsburg, PA 17050
Phone: (717) 728-7763
Fax: (717) 728-0312
tholmes@pa.gov
josfulgini@pa.gov
chdefelice@pa.gov
mmacus@pa.gov

Witold J. Walczak, PA 62876
**ACLU OF PENNSYLVANIA**
247 Fort Pitt Blvd.
Pittsburgh, PA 15222
Phone: (412) 681-7864
Fax: (412) 681-8707
vwalczak@aclupa.org

Bret Grote, PA 317273
Jamelia N. Morgan, NY 5351176
**Abolitionist Law Center**
P.O. Box 8654
Pittsburgh, PA 15221
Phone: (412) 654-9070
bretgrote@abolitionistlawcenter.org
jamelia@alcenter.org

David Fathi, WA 24893*
Amy Fettig, DC 484883
**ACLU NATIONAL PRISON PROJECT**
915 15th Street NW, 7th Floor
Washington, DC 20005
**Phone: (202) 393-4930**
**Fax: (202) 393-4931**
dfathi@aclu.org
afettig@aclu.org

**Not admitted in DC; practice limited to federal courts*

Jonathan H. Feinberg, PA 88227
Susan M. Lin, PA 94184
**Kairys, Rudovsky, Messing,**
**Feinberg & Lin LLP**
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA  19106
Phone:  (215) 925-4400
Fax:  (215) 925-5365
jfeinberg@krlawphila.com
slin@krlawphila.com

**CERTIFICATE OF CONCURRENCE PURSUANT TO LR 7.1**

I, Wilson M. Brown, III, hereby certify that counsel for the Defendants was contacted about Defendants' possible concurrence in this Motion, and counsel for Defendants indicated that Defendants concurred with the relief sought herein.

/s/ Wilson M. Brown, III
Wilson M. Brown, III

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY REID, et al., :
:
    Plaintiffs, :
:
v. : No. 18-CV-00176
: Honorable John E. Jones, III
JOHN WETZEL, et al., :
:
    Defendants. :

# [Proposed] ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Joint Motion for Final Approval of Class Action Settlement, and following a fairness hearing regarding this motion held on February 12, 2020, the Court hereby finds the following:

1. The Court finds that Notice to the Class regarding the proposed Settlement Agreement was adequate.

2. The Court considered the objections and comments to the Settlement Agreement from approximately 47 prisoners, and the Court overrules the objections.

3. The Court evaluated the factors pursuant to *Girsh v. Jepson*, 521 F.2d 153 (3d Cir. 1975) and *In re Prudential Ins. Co. Am. Sales Practice Litig. Agent*

*Actions*, 278 F.3d 175 (3d Cir. 2002), and finds that the Settlement Agreement is fair, reasonable, and adequate.

4. The Court reviewed the attorneys' fees pursuant to *In re Prudential Ins. Co. Am. Sales Practice Litig. Agent Actions* and finds that the attorneys' fees are fair and reasonable.

Therefore, it is HEREBY ORDERED that:

1. The Joint Motion for Final Approval of Class Action Settlement is GRANTED;

2. The Settlement Agreement is APPROVED pursuant to Federal Rule of Civil Procedure 23(e);

3. The attorneys' fees as outlined in the Settlement Agreement and the parties' separate agreement on the payment of attorneys' fees and costs, dated December 23, 2019, are GRANTED;

4. The Court expressly retains jurisdiction throughout the duration of the Settlement Agreement, as set forth in the Settlement Agreement, in order to enter any further orders that may be necessary or appropriate in administering or implementing the terms and provisions of the Settlement Agreement.

BY THE COURT:

_____
J.

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record registered to receive such notification.

/s/ Wilson M. Brown, III
Wilson M. Brown, III

*Attorney for Plaintiffs*