To: The Honorable John E. Jones, III
From: William Rivera, DN4295, SCI-Phoenix
Date: October 7, 2021

RE: Urgent - Request To [Enforce] Settlement Agreement In <u>Reid v. Wetzel</u>, No. 1B-CV-0176 (M.D. Pa)

Dear Judge Jones:

I'm one of the Capital Case(s) (death row) Inmates here at SCI-Phoenix.
I Am currently being held in total isolation from others Capital cases that was helping me in my Capital case. Now I Am only on regular Administrative Custody, but denied long turn Commissary and other privileges that by AC-status Policy I'm supposed to have such as a TV, Table, typewriter, art supplies ect, instead I'm force to endure and suffer this torturous conditions of Solitary Confinement, which is a <u>Breach</u> and <u>Violation</u> of the above mentioned "<u>Settlement Agreement</u>".

In June 14, 2021, I completed a 90 day (DC-hole time) Sanction I was given, for a fight with an officer, who then <u>Assaulted me twice</u> with another officer (on camera).

Since completing the 90 day sanction, Deputy Terra and Superintendent, Sorber have continued to Denied my release from the R.H.U and won't release me to my Capital Case Unit, holding me in total isolation in Solitary Confinement on (Administrative Custody) and insist in Forcing me to be in the program "RRL" ("Restricted-Release"), which is the same condition of

(1)

confinement in [Isolation] I'm currently being tortured (in 24 hours a day) under "Solitary Confinement", i.e., Pro-longed Solitary Confinement.

Your Honor, as you are aware, the November, 2019 "Settlement Agreement", in it, the Pa. D.O.C. agreed to [no longer] hold Capital Cases in Solitary Confinement. Prior to this "November, 2019" "Settlement Agreement", I already spent the better part of 23 long years of my Life, Straight, as a Capital Case Inmate in Solitary Confinement. I need your help, Your Honor, to "Enforce" our "Settlement Agreement" from the above mentioned breach of it By Deputy Terra and Supt. Sorber, and please request of "Now Secretary of Correction" Mr. Georg M. Little" that he release me from Solitary Confinement, and Returned me back to my capital Case Unit on P-Unit.

If you ~~do~~ require of me that I file a formal "motion" under the appropriate Federal Rules of Court, etc., to re-open this case (18-cv-0176) in order to "Enforce Settlement Agreement", based on this breach of said agreement, please Sir, te me so your Honor.

   I really need your help Your Honor, and would truely appreciate it with my Life. Please respond and I Thank You for your Time.

By: /s/ William Rivera

October 7, 2021  
cc: file

William Rivera, DN4295  
SCI-Phoenix  
Box 244  
Collegeville, PA. 19426

(2)

William Rivera, DN4295
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

— Legal Mail —

RECEIVED
SCRANTON
OCT 12 2021
PER _____
DEPUTY CLERK

To: Honorable John E. Jones, III
United State District Judge
middle District of Pennsylvania
United State District Courthouse
P.O. Box 1148
Scranton, PA, 18501

15501≠1148 8099

"Inmate Mail - PA DEPT. OF CORRECTIONS"