IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Anthony Reid**, *et al.*,<br>*Plaintiffs,* | : | Hon. John E. Jones, III |
| v. | : | No. 18-CV-0176 |
| **John E. Wetzel**, *et al.*,<br>*Defendants,* | : | A Class Action<br>Post-settlement Phase |

# Notice

Class member Poplawski appears to respectfully notify this Court:

1. As of this date, the **Physical and Mental Baseline Evaluations**, as detailed in § V(D) of the Settlement Agreement (Doc. 46-2), have not yet started;

2. As of this date, **Technical Compliance**, as detailed in § VII, has not yet begun; consultant Rick Raemisch has not conducted a single onsite inspection.

These facts raise concerns: Since the purpose of the baseline evaluations was to "develop[] individualized plans for reintegration and resocialization of CCU prisoners," and "to promote mental health and prosocial interaction" how can these central goals of the settlement be properly achieved?

What effect does the delay to the start of compliance monitoring have on the determination of the "Commencement Date" (as defined in § II)? Since the Agreement "shall remain in force for a period of three years from the Commencement Date," according to § IX, <u>is this interim period being tolled</u>? It should be.

Poplawski is disappointed that class counsel and the defendants have not apprised this Court of these delays, especially considering that the Agreement mandates that "[i]n no event . . . shall Defendants' implementation plan provide for a period of implementation that extends more than [180] days from the Effective Date." § VI at 28.

Poplawski respectfully requests that the Court ORDER the parties to respond to the questions raised in this notice.

*/s/ Richard A. Poplawski*  10/25/21

**Richard A. Poplawski**
SCI Phoenix, #KB7354, 1200 Mokychic Drive, Collegeville, PA 19426

Smart Communications/PADOC
SCI- Phx
Name Poplawski
Number KB7354
~~PO Box 33028~~ Box 244
~~St Petersburg FL 33733~~
Collegeville PA
19426

RECEIVED
HARRISBURG, PA
OCT 28 2021
PER _____
DEPUTY CLERK

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

Clerk of the Court
Ronald Reagan Federal Bldg
228 Walnut St - Box 983
Harrisburg PA 17101

neopost
10/25/2021
US POSTAGE $000.53
ZIP 19426
041M12252211