IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY REID, et al., | : | Honorable Jennifer P. Wilson |
| Plaintiffs, | : | |
| v. | : | No. 18-0176 |
| JOHN WETZEL, et al., | : | |
| Defendants, | : | Filed Via Electronic Case Filing |

## DECLARATION OF JOSEPH TERRA

I, Joseph Terra, hereby declare under penalty of perjury in accordance with 28 U.S.C. § 1746, that the following facts are true and correct based upon my personal knowledge or from my review of records routinely maintained in the operation of the Department of Corrections of the Commonwealth of Pennsylvania:

1. I am currently employed by the Commonwealth of Pennsylvania, Department of Corrections, as the Superintendent of SCI-Phoenix.

2. In this capacity, I oversee the operations of the facility and work to ensure the safety and security of all staff and inmates.

3. Counsel for the Defendants has advised me that this Court requires information regarding the recent transfer of capital case inmates to a new housing unit.

4. The capital inmates were transferred from their previous housing unit on P-Unit to their new unit, M-Unit, on November 12, 2025.

1

5. Contrary to their allegations of retaliation, the reason for this transfer was simply the ever-decreasing population of capital inmates and our efforts to more efficiently utilize our housing space.

6. In the prior unit, P-Unit, 42 capital inmates occupied two wings of a unit meant to house 140 individuals.

7. In the new unit, M-Unit, those 42 capital inmates are confined in a single housing pod meant for 92 individuals, which represents a more efficient use of housing space.

8. It is also my understanding that some of the capital inmates have alleged that M-Unit was previously operated as a Restricted Housing Unit ("RHU"), and that they are subject to the enhanced security procedures that would be employed on such a unit; that assertion is false.

9. M-Unit has never been operated as an RHU, and the capital inmates are not subject to any enhanced security procedures.

10. In fact, nothing about the way in which the capital inmates are confined has changed because of their move from P-Unit to M-Unit.

11. Geographically, M-Unit and P-Unit exist directly across from each other.

12. Further still, their schedule remains the same; their access to services, programming, activities, employment, worship opportunities and treatment remains the same; their ability to congregate for recreational opportunities and accomplish legal work remains the same.

13. Similarly, all the specific allegations made by the capital inmates about the conditions found in their new unit are untrue, inaccurate or have been remedied.

14. Like any unit within a prison environment, M-Unit is equipped with certain security hardware, such as door apertures and leg shackling points, but none of that hardware is in use, and much of it is in the process of being removed.

15. While it is accurate that the law library computer terminals are contained within cabinets, this does not represent a diminishment of their access to legal services.

16. The computer terminals are thus protected from damage and destruction, which has periodically been a problem in the capital unit.

17. And though they are the only general population cohort that has access to on-unit computer terminals for legal work, capital inmates have had access to the main law library for several years, and most capital inmates prefer to avail themselves of that opportunity.

18. It is inaccurate to assert that the recreation yard attached to M-Unit contains "cages," and is bounded by a cement wall.

19. The M-Unit yard is surrounded by the perimeter wall and there is one fenced in area that covers the rear exit door to the yard. This security measure exists due to the close proximity of the institution perimeter. Moreover, the attached yard is only utilized during emergencies or when the main yard is inaccessible.

20. Though the tables used for congregate activities and meals do have metal loops for the attachment of shackles, shackles have not been used in the capital unit for many years. Those shackle attachment points have been removed.

21. M-Unit does not contain empty phone boxes and includes an adequate number of telephones for the population of the unit. If needed, the M-Unit can be equipped with more phones.

22. It is accurate that the cells on M-Unit do not contain sprinklers, though not every unit in SCI-Phoenix is equipped with in-cell sprinklers.

23. It is inaccurate to assert that the sinks and toilets are controlled by security staff.

24. Though computer hardware exists to allow staff to control sinks and toilets from outside the cell, that feature is not in use and that capability is in the process of being removed.

25. The showers on M-Unit do not feature interior locks because interior locking shower doors are a security concern, and the Prison Rape Elimination Act does not require interior locks, contrary to assertions made by the capital inmates.

26. The cell doors in M-Unit do feature an aperture through which shackles could be applied, though shackles have not been utilized on the capital unit for many years.

27. While it is correct that some cells in M-Unit lacked mirrors or cabinet doors, that is because the unit was previously unoccupied and those fixtures were not required; mirrors have been ordered and will be installed upon arrival.

Department policy does not require cabinet doors, and because all capital inmates are housed alone, cabinet doors provide no enhanced privacy.

28. Regarding unit staffing, M-Unit is staffed with an assigned unit manager and shared counselor; it is inaccurate to assert that it has a lower complement of officers or lacks counselor or unit manager coverage.

29. The different entrance and exit features of M-Unit and P-Unit relate to the different architecture of those units as opposed to enhanced security requirements; P-Unit was composed of two adjacent wings, while M-Unit features four conjoined pods.

30. M-Unit contains a primary door to enter which is used by both staff and inmates, and an emergency exit through the inmate recreation area.

31. The on-unit library area will be equipped with shelves and desks; that furniture is currently being fabricated and should be installed within days.

Joseph Terra
Superintendent, SCI-Phoenix
Pennsylvania Department of Corrections

Date: December 29, 2025